# EXHIBIT A

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: ---
TORT --- MOTOR VEHICLE TORT --- CONTRACT ---
EQUITABLE RELIEF --- OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.   11-01494-B

MIDDLESEX , ss

Sidney Bass
........................................... , Plaintiff(s)

v.

Cumberland Farms of Massachusetts, Inc.
........................................... , Defendant(s)

## SUMMONS

To the above-named Defendant:  Cumberland Farms of Massachusetts, Inc.

You are hereby summoned and required to serve upon ........Charlotte E. Glinka, Esq. of......

Keches Law Group, P.C.......... plaintiff's attorney, whose address is ......122 Dean Street,.....

Taunton, MA 02780................................., an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at ............Woburn.............

.............................................. either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at ....................Woburn.........................................

the ...........27th........................... day of ...............June...........

...................., in the year of our Lord ..........2011..................... .

_____
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used
   for each defendant, each should be addressed to the particular defendant.

A true copy Attest:

John Cotter
Deputy Sheriff Suffolk County

FORM NO. SUP. — 001

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                    SUPERIOR COURT DEPARTMENT
                                                  CIVIL ACTION NO.

SIDNEY BASS,                          )
        Plaintiff                     )
                                      )
vs.                                   )
                                      )
CUMBERLAND FARMS OF                   )
MASSACHUSETTS, INC.,                  )
        Defendant                     )

### COMPLAINT AND JURY CLAIM

### PARTIES & FACTS

1.      The plaintiff, Sidney Bass, is an individual residing in Starke, Florida.

2.      The defendant, Cumberland Farms of Massachusetts, Inc., is a corporation duly
        organized and existing under the laws of the Commonwealth of Massachusetts with a
        principal place of business located at 100 Crossing Boulevard, Framingham, Middlesex
        County, Massachusetts.

3.      On or about December 23, 2008, the defendant Cumberland Farms of Massachusetts,
        Inc. was the owner of a store located at 295 Salem Street in Reading, Middlesex
        County, Massachusetts.

4.      On or about December 23, 2008, the plaintiff, Sidney Bass, was a patron of the
        defendant's store located at 295 Salem Street in Reading, Middlesex County,
        Massachusetts and was caused to suffer severe personal injuries when he slipped and
        fell due to ice that had accumulated on the sidewalk in front of the store.

### PLAINTIFF SIDNEY BASS'S CLAIM AGAINST
### THE DEFENDANT CUMBERLAND FARMS OF MASSACHUSETTS, INC.

### COUNT I - NEGLIGENCE

5.      The plaintiff repeats and reavers the foregoing paragraphs as if each were set forth
        fully herein.

6.      On December 23, 2008, and/or at all material times, the plaintiff was a lawful visitor to
        the defendant's premises.

7.      At all material times, the defendant had a duty to maintain its premises in a reasonably
        safe manner and free of all foreseeable defects and hazards.

8.   On or about December 23, 2008, the defendant breached its duty by causing said premises to be in an unsafe condition, and/or by failing to properly warn members of the public who were lawfully on the premises of such unsafe condition.

9.   On or about December 23, 2008, the plaintiff was caused to suffer serious personal injuries when he fell due to an accumulation of ice on the defendant's premises, which defective condition was the result of negligence attributable to the defendant.

10.   As a direct and proximate result of the defendant's negligence, the plaintiff was caused to suffer and continues to suffer bodily pain and mental anguish, has incurred and will incur medical expenses for his care and attendance, and has suffered an impairment to his ability to enjoy life and attend to his usual activities.

11.   The plaintiff was at all times in the exercise of due care and free of all comparative or contributory negligence.

12.   The plaintiff has satisfied all conditions precedent to the bringing of this action.

<u>JURY CLAIM</u>

The plaintiff claims a trial by jury on this cause of action.

Respectfully submitted,
By his Attorneys,

KECHES LAW GROUP, P.C.

CHARLOTTE E. GLINKA
BBO # 559117
GEORGE N. KECHES
BBO # 263500
122 Dean Street
Taunton, MA 02780
(508) 822-2000
email: cglinka@kecheslaw.com

DATED: April 11, 2011
Complaint

2